OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant LegalZoom.com, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KENEDI WESTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEGALZOOM.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:25-cv-00196-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Defendant LegalZoom.com, Inc. ("Defendant"), and Plaintiff Kenedi Weston ("Plaintiff") (collectively referred to as "Parties"), by and through their respective counsel, hereby submit the following Stipulation and Order to Extend Dispositive Motion Deadline (First Request), pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules 6-1, 7-1 and 26-3.

The Parties seek to extend the dispositive motion deadline by fourteen (14) days from Thursday July 30, 2026 to **Thursday, August 13, 2026.**

Additional time is necessary to provide adequate time for the Parties to obtain, review, and analyze deposition transcripts and draft dispositive motions. The request is also needed to accommodate the business demands, travel, and pre-planned summer vacations of counsel.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

This is the first request for an extension of the dispositive motion deadline without a request to extend any other deadlines. This request is made in good faith and is not for the purpose of delay.

IT IS SO STIPULATED:

DATED this 17th day of July, 2026.

GREENBERG GROSS LLP

*/s/ David C. Kiebler*

Jemma E. Dunn
Nevada Bar No. 16891
Matthew T. Hale
Nevada Bar No. 16880
David C. Kiebler
Nevada Bar No. 16724
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 17th day of July, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Suzanne L. Martin*

Suzanne L. Martin
Nevada Bar No. 8833
Noel M. Hernandez
Nevada Bar No. 13893
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant LegalZoom.com, Inc.*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** July 20, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**