Suzanne Martin, Esq.
Nevada Bar No. 8833
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.7741
Facsimile: 702.973.4974
Email: slmartin@littler.com

Attorney for Defendant
LEGALZOOM.COM, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENEDI WESTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LEGALZOOM.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-00196-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2 and LR 7-1, Defendant LEGALZOOM.COM, INC. ("Defendant") and Plaintiff KENEDI WESTON ("Plaintiff") hereby request that Defendant be granted an extension of time, up to and including September 24, 2026, to file its Reply In Support of its Motion for Summary Judgment (ECF. No, 44). The present deadline for Defendants to file their Reply is September 17, 2026. This is the parties' first request for an extension of time for Defendants to file their Reply.

/ / /

/ / /

/ / /

Defendant respectfully requests this extension to accommodate the departure of Suzanne Martin from Ogletree Deakins for Littler Mendelson P.C., and the required client notification and file transfer process. This request is not for purposes of delay and constitutes good cause to extend the Reply deadline. Therefore, the parties respectfully request a one-week extension of time up to and including September 24, 2026 for Defendant to file its Reply in Support of its Motion For Summary Judgment.

Dated: September 10, 2026

GREENBERG GROSS LLP

*/s/ David C. Kiebler, Esq.*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
David C. Kiebler, Esq.

Attorneys for Plaintiff
KENEDI WESTON

LITTLER MENDELSON, P.C.

*/s/ Suzanne L. Martin, Esq.*
Suzanne Martin, Esq.

Attorney for Defendant
LEGALZOOM.COM, INC.

**IT IS SO ORDERED.**

**DATED:** September 10, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**



LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
619.232.0441